# EXHIBIT 1


Print



| | | |
|---|---|---|
| ON – eI–9<br>— Section 1 Started | Vilma Y Martinez Del Valle | Apr 25, 2017 07:00 pm |
| ON – eI–9<br>— Confirm Hire Details and Send Section 1 | Vilma Y Martinez Del Valle | Apr 25, 2017 06:59 pm |
| ON – eI–9<br>— Ready for I9 Section 1 – Go to QuickScan to Take Action | Vilma Y Martinez Del Valle | Apr 25, 2017 06:58 pm |
| ON – Symmetry Tax<br>— Tax Forms Completed | Vilma Y Martinez Del Valle | Apr 25, 2017 06:55 pm |
| OF – Hourly Offer Accepted to b.goree@yahoo.com | Vilma Y Martinez Del Valle | Apr 25, 2017 06:53 pm |
| ON – Symmetry Tax<br>— Tax Forms Started | Vilma Y Martinez Del Valle | Apr 25, 2017 06:52 pm |
| OF – Accepted | Vilma Y Martinez Del Valle | Apr 25, 2017 06:52 pm |
| OF – Extended – External to b.goree@yahoo.com | ATS | Apr 25, 2017 04:14 pm |
| OF – Extended | Vilma Y Martinez Del Valle | Apr 25, 2017 04:13 pm |
| BG – In Process | ATS | Mar 16, 2017 09:53 am |
| BG – Intend to Hire – Order Background from the Gear | Vilma Y Martinez Del Valle | Mar 13, 2017 02:45 pm |
| RS – App Pool – External to b.goree@yahoo.com | ATS | Mar 3, 2017 01:50 pm |
| RS – Applicant Pool | ATS | Mar 3, 2017 01:49 pm |
| AB – In Process<br>— Pending Notice and Disclosure | ATS | Mar 3, 2017 01:43 pm |
| AB – Incomplete | ATS | Mar 3, 2017 01:42 pm |
| AP – Incomplete | ATS | Mar 3, 2017 01:32 pm |