# EXHIBIT 4



# Associate Handbook

April 2016

*Capstone Logistics, LLC. All Rights Reserved*
*This Handbook may not be reproduced or duplicated without written approval of Capstone Logistics, LLC.*
*Revised April 2016*



# Welcome!

On behalf of your colleagues, we welcome you to Capstone Logistics, LLC (Capstone) and wish you every success with our organization.

As you begin your employment with us, we would like to welcome you to our organization. Please review this Handbook in its entirety as it contains helpful and valuable information about the policies, benefits, procedures and opportunities at Capstone. The information will also guide and assist you in performing to the best of your abilities while developing and realizing your potential as one of our valued Associates.

We take tremendous pride in our method of servicing our Partners and in our Associates' commitment to excellence. We believe that each Associate contributes directly to the organization's success, and we hope you will take pride in being a member of our team.

We also welcome suggestions for improvements regarding our operations. Your ideas on ways to improve are important to us. In the handbook you will read about our Open Door Policy where we encourage you to tell us your suggestions regarding ways to make our company better.

Please read this handbook carefully and keep it handy for future reference. Familiarize yourself with its contents as soon as possible, as it should answer many of your initial and ongoing questions about your employment with Capstone. We want you to be fully informed and understand our policies and procedures completely.

We hope that your experience here will be challenging, enjoyable, and rewarding.

Again welcome to our team.

Steven Taylor
**Chief Executive Officer**

# Table of Contents

| | |
|---|---|
| **INTRODUCTION** | **1** |
| Purpose | 1 |
| Capstone Vision and Mission Statement | 1 |
| **EMPLOYMENT** | **2** |
| Employment at Will | 2 |
| 90 Day Introductory Period | 2 |
| Associate Records | 2 |
| Dispute Resolution | 2 |
| Changing Policies and Procedures | 3 |
| Code of Ethics | 3 |
| Background Check Policy | 4 |
| Employment and Income Verifications | 5 |
| Employment Classifications | 5 |
| Employment Eligibility Verification (Form I-9) | 5 |
| Equal Employment Opportunity | 6 |
| Minimum Employment Age | 6 |
| Open Door Policy | 6 |
| Outside Employment | 7 |
| Self Reporting of Criminal Charges | 7 |
| **WORKPLACE** | **7** |
| Associate Relationships | 7 |
| Dress Code | 8 |
| Employment of Family Members | 8 |
| Inclement Weather | 9 |
| No Solicitation/Distribution | 9 |
| Office / Work Hours | 9 |
| Parking | 9 |
| Right to Search Associate Property | 9 |
| Tobacco Free Workplace | 10 |
| Visitors in the Workplace | 10 |
| **PAYROLL AND TIME KEEPING** | **11** |
| Pay Periods and Pay Schedules | 11 |
| Set up for ADP ESS (Employee-Self-Service) | 11 |
| Time Reporting | 11 |
| Overtime | 12 |
| Garnishments | 13 |
| Loans and Pay Advances | 13 |
| Associate Referral Program | 13 |
| **GENERAL POLICIES** | **14** |
| Attendance Policy | 14 |
| Cash Handling Policy | 16 |
| Cash Handling Procedures | 16 |
| Company Property and Product Damages | 16 |
| Computer and Electronic Devices | 17 |
| Confidentiality and Inventions | 18 |

| | |
|---|---:|
| HARASSMENT AND DISCRIMINATION POLICY | 19 |
| RELIGIOUS ACCOMMODATION POLICY | 20 |
| REASONABLE ACCOMMODATIONS / MODIFIED JOB DUTIES POLICY | 20 |
| LACTATION BREAK | 21 |
| SOCIAL MEDIA AND SOCIAL NETWORKING POLICY | 21 |
| SUBSTANCE ABUSE POLICY | 23 |
| TRAVEL AND EXPENSE REIMBURSEMENT POLICY | 25 |
| WAIVER OF CLAIMS AGAINST CAPSTONE LOGISTICS' PARTNERS | 26 |
| WORKPLACE VIOLENCE POLICY | 26 |
| **BENEFITS** | **28** |
| ELIGIBILITY AND ENROLLMENT | 28 |
| MEDICAL AND OTHER HEALTH RELATED BENEFITS | 28 |
| 401(K) RETIREMENT SAVINGS PLAN | 28 |
| HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY COMPLIANCE POLICY | 28 |
| **TIME OFF POLICIES** | **29** |
| PAID TIME OFF | 29 |
| PTO PAYOUT | 29 |
| SCHEDULING OF PTO | 29 |
| VOTING | 29 |
| Witness Leave | 29 |
| **LEAVE POLICIES** | **30** |
| LEAVE POLICIES | 30 |
| CAPSTONE LEAVES OF ABSENCE (LOA) (NON-FMLA) | 30 |
| FMLA LEAVES OF ABSENCE | 32 |
| FUNERAL / BEREAVEMENT LEAVE | 34 |
| JURY DUTY | 34 |
| **WORKPLACE RULES** | **35** |
| **CORRECTIVE ACTION** | **37** |
| WORKFORCE VIOLATION | 37 |
| **TERMINATION** | **39** |
| **SAFETY AND ACCIDENT PREVENTION** | **40** |
| OUR SAFETY VISION | 40 |
| WORKERS' COMPENSATION INSURANCE | 41 |
| **ASSOCIATE SAFETY TRAINING** | **43** |
| ASSOCIATE TRAINING | 43 |
| **RECEIPT OF HANDBOOK** | **46** |

# INTRODUCTION

## Purpose

The content in this handbook or any policies, procedures, or practices of Capstone are not intended to be a contract or guarantee of employment between Capstone and any Associate.

## Capstone Vision and Mission Statement

### Service and Value through Innovation

Capstone Will Deliver Our Vision Through:

**Integrity –** creating a trust that Capstone will always do the right thing

**Partnership –** continually investing in our partners and our people to provide innovative solutions

**Leadership –** bring value to all stakeholders through clear direction, accountability and communication

**Team –** fostering an environment of passion, cohesiveness and fun where collective thought is greater than the individual

**Business Processes –** providing our partners and associates business tools that enable them to make a difference and facilitate continuous improvement

**Technology –** investing in innovative tools to provide business solution and drive exceptional performance

## Compliance with Applicable Laws

Capstone intends to comply with all applicable state and federal laws, including, but not limited to those relating to medical, family or military leave, equal opportunity, environmental regulations and laws, safety, health, and laws regarding any other terms and conditions of employment. Similarly, we expect you to comply with all laws that apply to your job(s) as a condition of your continued employment.

This Handbook, and each of its provisions, is to be interpreted and/or applied in accordance with all applicable federal, state and local laws. Insofar as there is or may appear to be a conflict between the wording of any provision of this Handbook and applicable law, the law shall take precedence and the provision in question shall be interpreted and applied in a way that conforms to the law.

# Employment

## Employment at Will

Employment at Capstone is at will for an indefinite period of time, unless terminated by either Capstone or you. An individual's employment may be discontinued whenever Capstone, in its sole discretion, deems it to be in Capstone's best interest.

No written or oral representation by Capstone personnel is intended to create a contract of employment and no employment practice of Capstone is intended to create a contract of employment. Capstone's handbook is intended only as an explanation of its employment practices, policies, benefits, and a general guide to working for Capstone. The handbook does not represent contractual terms of employment. Despite anything that you may read into the handbook, employment at Capstone is strictly at will.

## 90 Day Introductory Period

Newly hired Associates are subject to a 90 day introductory period during which their performance is being evaluated to determine whether further employment in a specific position or with Capstone is appropriate. The employment relationship with Capstone during and after the introductory period is at-will, and moving from the introductory period to a new employment classification in no way changes the at-will nature of employment with Capstone.

## Associate Records

Capstone will maintain personnel and payroll records as required by state and federal law. To ensure Associate records are up-to-date, you are required to make Capstone aware of any changes in personal status, which might affect withholding tax, benefits, emergency contact, home telephone & cell phone numbers, e-mail addresses and home address immediately.

Capstone strongly advises all Associates to create a log-in and user ID for the ADP Employee Self Service product. This will allow you to make personal changes to your payroll information confidentially and immediately.

## Dispute Resolution

Capstone recognizes that there may be a circumstances when an Associate is simply not satisfied with the Company's final resolution of his or her problem. To promote the just, speedy, and inexpensive resolution of any dispute arising under federal, state, or local law, Capstone maintains an Arbitration Program. The purpose of this Program is to resolve as many disputes as possible outside of the overburdened and expensive court system.

The Arbitration Program applies to any legal dispute between the Company and an Associate which could be brought in court (including claims regarding Company property, wrongful discharge, employment discrimination, harassment, or any other dispute relating to the employee's employment or arising under any labor, employment, or civil rights law). Only claims arising under the National Labor Relations Act which are brought before the National Labor Relations Board, claims for medical and disability benefits, or as otherwise required by state or federal law are excluded from this Program. While the Program does not preclude the filing of a charge with the Equal Employment Opportunity Commission or other federal agencies, the dispute underlying such charges will be arbitrated. The terms of the Company's Employment-At-Will and Arbitration Agreement, not this policy, control the arbitration program.

FPDOCS 31567769.1

## Changing Policies and Procedures

Capstone reserves the right to modify, revoke, suspend, terminate or change any or all parts of this Associate Handbook or any policies, procedures or practices in whole or in part, at any time with or without notice. As parts of this handbook change, you will be notified via e-mail, ADP Employee Self Service, posting at the site level and the notification will also be posted on the Capstone Intranet.

We constantly strive for new and improved ways to accomplish our goals and continuously seek fresh ideas to better streamline or make efficient our operating methods. We encourage you to openly communicate suggestions you may have toward this goal through our Management Team.

## Code of Ethics

Capstone has an excellent reputation for conducting business activities with integrity, fairness, and in accordance with the highest ethical standards. As an Associate, you enjoy the benefit of that reputation and are obligated to uphold it in every business activity.

Report your knowledge or suspicions of any activity, which you feel is unethical or illegal, by calling the Speak Up Hotline at 855-607-8699. Calls can be made anonymously; your name is not required. All calls will be handled in a confidential manner to the extent permitted by law.

Some common examples of business conduct issues:

- Accounting and auditing irregularities
- Theft and Fraud
- Conflicts of interest
- Securities matters
- Destroying, altering, or falsifying Company records
- Disclosure of proprietary information
- Misuse of corporate assets
- Harassment/Discrimination
- Use or sale of illegal drugs
- Bribery
- Threats to personal safety
- Creating or ignoring safety or environmental or other governmental compliance regulations

### Code of Conduct

Capstone's Associates will maintain the highest ethical standards in the conduct of our affairs. These standards apply to all Capstone activities in every market it serves. The purpose of this Code of Conduct is to strengthen our ethical climate and to provide basic guidelines for situations in which ethical issues may arise.

All Associates have a responsibility to understand and follow the Capstone Code of Conduct. In addition, all Associates are expected to perform their work with honesty and integrity in any areas not specifically addressed in this Code of Conduct. A violation of this Code of Conduct may result in appropriate disciplinary action, up to and including termination.

This Code of Conduct reflects general principles to guide Associates in making ethical decisions and cannot and is not intended to address every specific situation. As such, nothing in this Code of Conduct prohibits or restricts Capstone from taking any disciplinary action on any matters pertaining to Associate conduct, whether or not they are expressly discussed in this document. The Code of Conduct is not intended to create any express or implied contract with any Associate or third party. In particular, nothing in this document creates any employment contract between Capstone and any of its Associates.

This Code of Conduct may be revised, changed or amended at any time by the officers of Capstone.

# RECEIPT OF HANDBOOK

I acknowledge that I have received a printed copy, or provided access to an electronic copy of the Associate Handbook that outlines the policies, procedures, benefits and Associates' responsibilities at Capstone. I acknowledge that I will read the provisions contained in this Handbook and will familiarize myself with this information.

I understand and agree that I may be required to take one or more drug screening tests as a condition of hiring or continued employment. I agree to take such test(s) at such time as designated by Capstone, its parent, its subsidiaries or affiliates and to release Capstone, its directors, officers, agents or Associates from any claims arising from such test(s).

I understand that claims arising from my employment are subject to the Company's Arbitration Program referenced in the Dispute Resolution provision of this Associate Handbook.

I understand that the information in this book is subject to change as situations warrant. The handbook is not all-inclusive, and is only a set of guidelines. I understand the handbook may supersede, modify, or eliminate any previous handbook or unwritten policies and Capstone can change the handbook unilaterally, at any time.

**NEITHER THIS BOOKLET NOR OTHER BENEFITS CONSTITUTE A CONTRACT SINCE EITHER PARTY HAS THE RIGHT TO TERMINATE THIS EMPLOYMENT-AT-WILL.**

_____    _____
Associate Name (Print)            Location #

_____    _____
Associate Signature               Date

_____    _____
Manager's Name (Print)            Date

_____    _____
Manager's Signature               Date



FPDOCS 31567769.1