# EXHIBIT 7

| EMPLOYEE ID | NAME | USER ID | EMPLOYMENT STATUS | POLICY NAME | ACKNOWLEDGE DATE | DOC TYPE | POLICY VERSION | ACK REQUIRED |
|---|---|---|---|---|---|---|---|---|
| 1000087726 | Goree, Bryan | BGOREE@CAPSTONEP | Terminated | Updating Your Personal Information | 02/21/2019 08:53:23AM EST | 4 | 20191 | Yes |
| 1000087726 | Goree, Bryan | BGOREE@CAPSTONEP | Terminated | Capstone Logistics Employment-At-Will and Arbitration Agreement (English and Spanish)&Atilde;¬â&Atilde;¬é&Acirc;  | 02/21/2019 08:53:06AM EST | 4 | 20192 | Yes |
| 1000087726 | Goree, Bryan | BGOREE@CAPSTONEP | Terminated | Capstone Logistics Production Pay Model (English and Spanish) | 02/21/2019 08:53:45AM EST | 4 | 20191 | Yes |
| 1000087726 | Goree, Bryan | BGOREE@CAPSTONEP | Terminated | Capstone Logistics Associate Handbook (English and Spanish)   | 02/21/2019 08:52:54AM EST | 4 | 20191 | Yes |