## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Bryan Goree

                Plaintiff,

v.                                           Case No.: 1:22−cv−01738
                                                      Honorable Martha M. Pacold

New Albertsons L.P.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 8, 2023:

       MINUTE entry before the Honorable Martha M. Pacold: Telephonic ruling on defendant's motion to dismiss [11] and motion to compel arbitration, dismiss class claims, or, in the alternative, stay all proceedings [21] held on 3/8/2023. For the reasons stated on the record, both motions, [11], [21], are denied. Under Fed. R. Civ. P. 12(a)(4)(A), defendant has until 3/22/2023 to answer the complaint unless defendant moves for an extension. This case will be referred to the magistrate judge for discovery supervision and scheduling, and for settlement. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.