## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bryan Goree
                              Plaintiff,

v.                                                        Case No.: 1:22–cv–01738
                                                              Honorable Jeffrey T. Gilbert

New Albertsons L.P.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 15, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Final approval hearing held on 11/15/23. Plaintiff's Combined Motion and Memorandum of Law in Support of Final Approval of Class Action Settlement [54] is granted for the reasons stated on the record. The parties shall send a revised approval order to the Court at Proposed_Order_Gilbert@ilnd.uscourts.gov. Plaintiff's Motion in Support of Attorney's Fees, Costs, And Service Awards [53] is granted for the reasons stated on the record. Civil case terminated. Mailed notice(ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.